**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:18-cr-80076-ROSENBERG**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN JOSEPH VER PORTER,

    Defendant.
_____/

## **ORDER DISMISSING DEFENDANT'S MOTION TO CORRECT SENTENCE**

This cause comes before the Court upon Defendant's Motion to Correct Sentence. DE 530. Defendant asks the Court to modify his sentence imposed on October 15, 2018, to run concurrently with his state sentence imposed on January 11, 2019. The Government previously filed a Response stating that it did not oppose the modification. DE 541.

The parties did not address whether this Court has jurisdiction to modify Defendant's sentence. The Court therefore ordered the parties to, by July 29, 2019, file supplemental briefs providing legal authority for the proposition that the Court has jurisdiction to grant Defendant's Motion to Correct Sentence. DE 546. The Court noted that the authority of a district court to modify a sentence of imprisonment is narrowly limited by 18 U.S.C. § 3582(c), and that none of the situations in § 3582(c) in which sentence modification is permissible appear to apply here. *See id.*; *see also* 18 U.S.C. § 3582(c); *United States v. Phillips*, 597 F.3d 1190, 1194-95 (11th Cir. 2010).

The Government has filed a Response in which it states that it now opposes Defendant's Motion to Correct Sentence. DE 547. The Government explains that, upon further research, it agrees that the Court lacks jurisdiction to modify Defendant's sentence. *Id.*

Defendant has not filed a Response to the Court's Order questioning jurisdiction. The deadline to file a Response has passed.

For the reasons included within the Court's prior Order [DE 546], the Court concludes that it lacks jurisdiction to modify Defendant's sentence. It is therefore **ORDERED AND ADJUDGED** that Defendant's Motion to Correct Sentence [DE 530] is **DISMISSED FOR LACK OF JURISDICTION**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 31st day of July, 2019.

                                              ROBIN L. ROSENBERG
Copies furnished to Counsel of Record        UNITED STATES DISTRICT JUDGE